UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION
-------------------------------------------------------------

LEWIS BULLINGTON,                                          Dkt #: 1:25-cv-00394-GJF

                Plaintiff/Petitioner,

- against –

COMMISSIONER OF SOCIAL SECURITY,

                Defendant/Respondent.
-------------------------------------------------------------x

## ORDER AWARDING EAJA FEES

WHEREAS the Plaintiff has filed a motion for seeking an award of attorney's fees pursuant to the Equal Access to Justice Act; it is hereby

ORDERED that the Plaintiff's motion for attorney's fees is GRANTED and Plaintiff is awarded EAJA attorney fees in the amount of $8,000.00 as the prevailing party herein. If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program; and (2) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney, Konoski & Partners, P.C. It is further

ORDERED that, if Plaintiff's counsel is subsequently awarded any fees pursuant to 42 U.S.C. § 406(b), they shall refund the lesser award to Plaintiff pursuant to <u>Weakley v. Bowen</u>, 803 F.3d 575, 580 (10th Cir. 1986).

SO ORDERED.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE